1
2
3
4
5
6
7

FILED

2010 JUL 16 PM 4:05

CLERK US DIS[...] COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  LENNIS McGEE, | Civil No.   10-1438 W (RBB) |
| 12                            Petitioner, | |
| 13 | **ORDER:** |
| 14          v. | **(1) DISMISSING CASE and** |
| 15  GUILLERMO G. GARCIA, Warden, | **(2) DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT** |
| 16                            Respondent. | |
| 17 | |

18          On June 1, 2010, Petitioner, a state prisoner proceeding pro se, submitted a Petition for

19 Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in the Northern District of California, along

20 with a Motion for Leave to Proceed In Forma Pauperis. [Doc. No. 4.] On July 9, 2010, the case

21 was transferred to this Court. [Doc. No. 8.]

22          The Court may dismiss a duplicative petition as frivolous if it "merely repeats pending or

23 previously litigated claims." Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citations

24 omitted). Here, Petitioner has filed two identical petitions with this Court. The Petition in this case was

25 filed on July 9, 2010, and an identical petition was filed in case number 10cv0999 JAH (WMc), on

26 May 7, 2010.

27 //

28 //

K:\COMMON\PROSE\HABEAS\_2010\1438\duplicative.wpd. 71310          -1-          10cv1438

1    //

2    //

3

4       Based on the foregoing, the Court **DISMISSES** this case because the Petition in this case is

5 duplicative of that filed in case number10cv0999 JAH (WMc), and **DENIES** the Motion to Proceed In

6 Forma Pauperis as moot.  The Clerk shall close the file.

7                 **IT IS SO ORDERED.**

8 DATED: _____7/15/10_____     _____

9                                     Thomas J. Whelan
                               United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28